FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 2 4 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-16-00011-PHX-SRB |
|---|---|
| Plaintiff, | **FIRST SUPERSEDING INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 2119(3)<br>(Carjacking Resulting in Death)<br>Count 1 |
| John Albert Campos, Sr., | |
| Defendant. | 18 U.S.C. §§ 924(c)(1)(A)(i), (ii), (iii) and (j)<br>(Use of a Firearm During a Crime of Violence Resulting in Death)<br>Count 2 |
| | 18 U.S.C. § 2119(1)<br>(Carjacking)<br>Counts 3, 5 and 7 |
| | 18 U.S.C. §§ 924(c)(1)(A)(i), (ii), and 924(c)(1)(C)(i)<br>(Use of a Firearm During a Crime of Violence)<br>Counts 4, 6 and 8 |
| | 18 U.S.C. §§ 1951(a)<br>(Hobbs Act Robbery)<br>Counts 9-14 |
| | 18 U.S.C. § 924(c)(1)(A)(ii)<br>(Brandishing a Firearm During Crime of Violence)<br>Count 15 |

THE GRAND JURY CHARGES:

## COUNT 1

On or between December 24 and December 25, 2015, in the District of Arizona, the defendant, JOHN ALBERT CAMPOS, SR., did, with intent to cause death or serious

bodily harm, take and attempt to take a motor vehicle, a white 2014 Honda sedan, California license plate 7EBT423, VIN ending in 0858, that had been shipped, transported and received in interstate commerce, from F.P., by force, violence, and intimidation, resulting in the death of F.P.

In violation of Title 18, United States Code, Section 2119(3).

## COUNT 2

On or between December 24 and December 25, 2015, in the District of Arizona, the defendant, JOHN ALBERT CAMPOS, SR., did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, and possess, brandish, and discharge a firearm in furtherance of a crime of violence, that is, Carjacking Resulting in Death, as alleged in Count 1, a felony crime prosecutable in a Court of the United States, resulting in the death of F.P.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), (iii) and (j).

## COUNT 3

On or about December 24, 2015, in the District of Arizona, the defendant, JOHN ALBERT CAMPOS, SR., did, with intent to cause death or serious bodily harm, take and attempt to take a motor vehicle, a white 2014 Honda sedan, California license plate 7EBT423, VIN ending in 0858, that had been shipped, transported and received in interstate commerce, from B.G., by force, violence, and intimidation.

In violation of Title 18, United States Code, Section 2119(1).

## COUNT 4

On or about December 24, 2015, in the District of Arizona, the defendant, JOHN ALBERT CAMPOS, SR., did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence, and possess and brandish a firearm in furtherance of a crime of violence, that is, Carjacking, as alleged in Count 3, a felony crime prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), and

924(c)(1)(C)(i).

## COUNT 5

On or about December 24, 2015, in the District of Arizona, the defendant, JOHN ALBERT CAMPOS, SR., did, with intent to cause death or serious bodily harm, take and attempt to take a motor vehicle, a white 2014 Honda sedan, California license plate 7EBT423, VIN ending in 0858, that had been shipped, transported and received in interstate commerce, from C.P., by force, violence, and intimidation.

In violation of Title 18, United States Code, Section 2119(1).

## COUNT 6

On or about December 24, 2015, in the District of Arizona, the defendant, JOHN ALBERT CAMPOS, SR., did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence, and possess and brandish a firearm in furtherance of a crime of violence, that is, Carjacking, as alleged in Count 5, a felony crime prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), and 924(c)(1)(C)(i).

## COUNT 7

On or about December 24, 2015, in the District of Arizona, the defendant, JOHN ALBERT CAMPOS, SR., did, with intent to cause death or serious bodily harm, take and attempt to take a motor vehicle, a green 2012 Kia Sol, license plate ASP2685, VIN ending in 8390, that had been shipped, transported and received in interstate commerce, from M.W., by force, violence, and intimidation.

In violation of Title 18, United States Code, Section 2119(1).

## COUNT 8

On or about December 24, 2015, in the District of Arizona, the defendant, JOHN ALBERT CAMPOS, SR., did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence, and did possess and brandish a firearm in furtherance of a crime of violence, that is, Carjacking, as alleged in Count 7, a felony crime prosecutable

in a Court of the United States.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), and 924(c)(1)(C)(i).

**Notice of Special Findings**

a. The allegations of Counts 1 and 2 of this Indictment are hereby realleged as if fully set forth herein and incorporated by reference.

b. As to Counts 1 and 2 of this Indictment, the defendant JOHN ALBERT CAMPOS, SR.,:

(1) was more than 18 years of age at the time of the offense(s) (Title 18, United States Code, Section 3591(a));

(2) intentionally killed the victim (Title 18, United States Code, Section 3591(a)(2)(A));

(3) intentionally inflicted serious bodily injury that resulted in the death of the victim (Title 18, United States Code, Section 3591(a)(2)(B));

(4) intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and the victim died as a direct result of the act (Title 18, United States Code, Section 3591(a)(2)(C));

(5) intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and the victim died as a direct result of the act (Title 18, United States Code, Section 3591(a)(2)(D));

(6) has previously been convicted of a Federal or State offense punishable by a term of imprisonment of more than 1 year, involving the use or attempted or threatened use of a firearm against another person (Title 18, United States Code, Section 3592(c)(2));

(7) in the commission of the offenses (in Counts 1 and 2), or in escaping

apprehension for the violation of the offenses, knowingly created a grave risk of death to 1 or more persons in addition to the victim of the offense (Title 18, United States Code, Section 3592(c)(5));

(8) committed the offenses (in Counts 1 and 2) in an especially heinous, cruel, or depraved manner in that it involved torture and serious physical abuse to the victim (Title 18, United States Code, Section 3592(c)(6)); and

(9) procured the commission of the offenses (in Counts 1 and 2) as consideration for the receipt, or in the expectation of the receipt, of anything of pecuniary value (Title 18, United States Code, Section 3592(c)(8));

All Pursuant to Title 18, United States Code, Sections 3591 and 3592.

## COUNTS 9-14

That at all times material to this First Superseding Indictment, the victims listed below were engaged in retail sales business in interstate commerce and in an industry which affected interstate commerce.

That on or about the dates listed below, in the District of Arizona, and elsewhere, the defendant JOHN ALBERT CAMPOS, SR., did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property consisting of money and things of value from the person of and from the presence of the owner or possessor of the property, against the owner or possessor's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the owner or possessor's person and/or property, and property in that person's custody and possession, as follows:

| COUNT | DATE | VICTIM | LOCATION | ITEMS TAKEN |
|---|---|---|---|---|
| 9 | 12/22/15 | K.Z. N.A. | McDonald's 9955 S. Priest Dr., Tempe, Arizona | Cash |

| | | | | |
|---|---|---|---|---|
| 10 | 12/22/15 | L.H. | Circle K<br>309 E. Osborn Rd.,<br>Phoenix, Arizona | Cash |
| 11 | 12/22/15 | A.A. | Circle K<br>1501 W. McDowell Road,<br>Phoenix, Arizona | Cash |
| 12 | 12/23/15 | V.G.<br>G.M.B | Circle K<br>5202 S. Central Ave.,<br>Phoenix, Arizona | Cash |
| 13 | 12/24/15 | P.A. | Jack in the Box<br>4119 N. 7th St.,<br>Phoenix, Arizona | Cash |
| 14 | 12/24/15 | D.G. | Fry's<br>9900 S. Rural Rd.,<br>Tempe, Arizona | Cash |

All in violation of Title 18, United States Code, Sections 1951(a).

## COUNT 15

On or about the dates alleged in Counts 9-14, in the District of Arizona, defendant JOHN ALBERT CAMPOS, SR., did knowingly use, carry and brandish a firearm during and in relation to a crime of violence and did knowingly possess and brandish a firearm in furtherance of a crime of violence, that is, Interference with Commerce by Threats or Violence as alleged in Count 9-14, a felony crime prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: May 24, 2016

JOHN S. LEONARDO
United States Attorney
District of Arizona


*s/*
DIMITRA H. SAMPSON
KEITH E. VERCAUTEREN
Assistant U.S. Attorneys