JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

JANE L. McCLELLAN, #015902
Asst. Federal Public Defender
jane_mcclellan@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-16-00011-PHX-SRB |
|---|---|
| Plaintiff, | |
| vs. | **SENTENCING MEMORANDUM** |
| John Albert Campos, Sr., | |
| Defendant. | |

    Defendant John Albert Campos, Sr., by and through undersigned counsel, hereby submits the following sentencing memorandum. Mr. Campos pleaded guilty to all counts of the First Superseding Indictment, including charges of carjacking, use of a firearm during a crime of violence, and Hobbs Act robbery. The parties have stipulated that Mr. Campos shall receive six life sentences.

    Mr. Campos was facing the possibility of a death sentence in relation to Counts 1 and 2 (carjacking resulting in death and use of a firearm during a crime of violence resulting in death). The Government concluded that it would not seek the death penalty in this case. Defendant believes that the death penalty is not an appropriate penalty here under the totality of the circumstances. Mr. Campos has taken responsibility for all criminal conduct in relation to the federal charges. He is remorseful for his conduct.

Defendant respectfully requests that the Court accept the plea agreement and impose a sentence consistent with the terms of that agreement.

Respectfully submitted: April 20, 2017.

JON M. SANDS
Federal Public Defender

 s/Jane L. McClellan
JANE L. McCLELLAN
Asst. Federal Public Defender

Copy of the foregoing transmitted
by ECF for filing April 20, 2017, to:

Clerk's Office
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

Dimitra Hotis Sampson
Keith Vercauteren
Assistant U.S. Attorneys
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

Copy mailed to:

Michael G. Wimmer
United States Probation Officer

John Albert Campos, Sr.
Defendant

*s/J. McClellan/kl*
J. McClellan/kl